UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| BETH L. CAILLER | ) Case No. 07-10601-JMD |
| | ) |
| BRUCE A. HARWOOD, AS CHAPTER 7 | ) Adv. Proc. No. |
| TRUSTEE OF THE ESTATE OF BETH L. | ) 08-1039-JMD |
| CAILLER, | ) |
| | ) |
| Plaintiff | ) |
| vs. | ) |
| | ) |
| WALTER R. BRESSLER III A/K/A WALLY | ) |
| BRESSLER, SADIE STANHOPE, VICTOR K. | ) |
| NG, MICHAEL T. PRIETO, JAMES D. | ) |
| KELLY, 2MAISIE5 REALTY I LLC, | ) |
| GREENFIELD PARKWAY REALTY LLC, | ) |
| HOUSTON LEASING & FINANCE LLC, | ) |
| | ) |
| Defendants | ) |

## **ASSENTED-TO MOTION TO CONTINUE TRIAL TO July 22 AND 23, 2010**

Bruce A. Harwood, as Chapter 7 Trustee of the Estate of Beth L. Cailler (the "Plaintiff"), by his attorneys, with the assent of Walter R. Bressler, Michael T. Prieto, 2Maisie5 Realty I LLC, Sadie Stanhope n/k/a Sadie Ng and Victor K. Ng, respectfully moves to reschedule the dates of the Trial from March 29 and March 30, 2010 to July 22 and 23, 2010. In support of his motion, the Plaintiff respectfully states as follows:

1. The above-captioned adversary proceeding was commenced on March 5, 2008.

2. The trial dates in this proceeding are currently March 29 and 30, 2010.

3. Counsel to the parties have agreed that the trial may be rescheduled to July 22 and 23, 2010 (dates supplied by the Calendar Clerk), to accommodate certain

scheduling issues affecting counsel to the plaintiff.  Pursuant to LBR 5071-1(b), the Plaintiff states that this motion is filed within ten days of the date that such conflict became apparent.

4.  No party will be prejudiced by the extension of time requested herein.

WHEREFORE the Plaintiff requests the entry of an order (1) rescheduling the dates of the trial to July 22 and 23, 2010; and (2) granting the Plaintiff such other and further relief as is just.

                                  Respectfully Submitted,

                                  BRUCE A. HARWOOD
                                  By his Attorneys,

                                  SHEEHAN PHINNEY BASS + GREEN,
                                  PROFESSIONAL ASSOCIATION

Dated: February 26, 2010         By:/s/ James S. LaMontagne
                                  James S. LaMontagne (BNH #05483)
                                  1000 Elm Street P.O. Box 3701
                                  Manchester, NH 03105-3701
                                  (603) 627-8102

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of February, 2010, copies of the foregoing were served upon the following via first class mail, postage prepaid, or electronically by the CM/ECF system:

| **Office of the U.S. Trustee** | **William S. Gannon** |
|---|---|
| USTPRegion01.MR.ECF@usdoj.gov | bgannon@gannonlawfirm.com |
| **Mark E. Howard** | **Joel Jay Rogge** |
| mhoward@krhlaw.com | jjrogge@comcast.net |

                                  /s/ James S. LaMontagne
                                  James S. LaMontagne